**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Delroy HOLMES, Defendant–Appellant.**

No. 10–13099
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 29, 2011.

Peter J. Sholl, A. Brian Albritton, Jeffrey Scott Downing, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

sitting by designation.

Brent Davis Armstrong, Law Office of Brent D. Armstrong, Clearwater, FL, for Defendant–Appellant.

Before BARKETT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Brent Armstrong, appointed counsel for Delroy Holmes, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Holmes's convictions and sentences are **AFFIRMED.**